**UNITED STATES DISTRICT COURT**  
**DISTRICT OF ARIZONA - TUCSON**             **MAGISTRATE JUDGE'S MINUTES**

DATE: 03/22/2017                              CASE NUMBER: 17-21960M

USA vs. Pedro Gomez-Diaz  
U.S. MAGISTRATE JUDGE: MAGISTRATE BRUCE G. MACDONALD   Judge #: 70BY  
ASSIGNED U.S. Attorney: Christopher Lewis  
INTERPRETER REQ'D: Clark Feaster, Spanish  
Attorney for Defendant: Diana Castillo-Reina (CJA)

PROCEEDINGS: [X] STATUS HEARING/ATTORNEY APPOINTMENT HEARING  
DEFENDANT: [X] PRESENT [X] CUSTODY

[X] Defendant States true name to be Same  
[X] Petty Offense [X] Date of Arrest 3/21/2017 3:03:00 AM

Other: Diana Castillo-Reina (CJA) is appointed as attorney of record for defendant. Defense counsel requesting the services of a Tzotzil language interpreter and to continue today's proceedings. The parties agree, however, that the defendant knows enough Spanish to proceed with an Initial Appearance today. The Court is not comfortable proceeding without a Tzotzil interpreter, if that is the defendant's primary language. At defense counsel's request and with no objection by the Government, IT IS ORDERED, this matter is continued to 04/25/2017 at 09:30 a.m. before Magistrate Judge Bruce Macdonald in courtroom 5F, for an Initial Appearance, Detention Hearing and Preliminary Hearing, or Plea Hearing. This case is referred to Judge Macdonald.

Recorded by Courtsmart  
By: Beth Harper  SH & AAH: 1  
Deputy Clerk  
Start: 1:35 PM Stop: 1:40 PM