ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona
CHRISTOPHER J. LEWIS
Special Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: christopher.lewis3@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| United States of America, | CR |
|---|---|
| Plaintiff, | **MAG No. 17-21960M (BGM)** |
| | I N F O R M A T I O N |
| vs. | Violation:<br>8 U.S.C. § 1326(a)<br>(Illegal Entry) |
| **Pedro GOMEZ-Diaz,** | |
| Defendant. | Felony |

THE UNITED STATES ATTORNEY CHARGES:

On or about March 21, 2017, at or near Itak, Arizona, in the District of Arizona, Pedro GOMEZ-Diaz, an alien, entered and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Del Rio, Texas, Int'l Bridge on November 2, 2015, and not having obtained the express consent of the Attorney general or the Secretary of DHS to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326 (a), enhanced by Title 8 United States Code, Section 1326 (b)(1).

Dated this 25th day of April, 2017.

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona


CHRISTOPHER J. LEWIS
Special Assistant U.S. Attorney

AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

DISTRICT OF  ARIZONA

United States of America

v.

**Pedro GOMEZ-Diaz,**

**WAIVER OF INDICTMENT**

CR No.

Mag No. 17-21960M (BGM)

I, **Pedro GOMEZ-Diaz** the above named defendant, who is accused of illegal re-entry, in violation of Title 8, United States Code, Section 1326, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 25 April, 2017 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

**Pedro GOMEZ-Diaz**
Defendant

Erendira Castillo
Attorney for Defendant

Before _____
           Judicial Officer