**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| **U.S. Magistrate Judge:** Bruce G. Macdonald | **Date:** June 2, 2017 |
| **USA v. Pedro Gomez-Diaz** | **Case Number:** 17-21960MJ-001-TUC-BGM |

**Assistant U.S. Attorney:** Christopher James Lewis
**Attorney for Defendant:** Diana Erendira Castillo, CJA
**Interpreter:** John Haviland          **Language:** Tzotzil
**Defendant:** ☒Present   ☐ Not Present   ☐ Released   ☒Custody   ☐ Summons   ☐ Writ

**STATUS HEARING:**

The Court holds a Status Conference this date. Defense counsel asks for the Defendant to be unshackled. The assigned deputy U.S. Marshal addresses the Court. The Court orders the defendant to be unshackled.

Defense counsel states that she has contacted Probation with authorization for a pre plea presentence report and request for preparation thereof. Counsel believes the defendant speaks functional Spanish and has attempted to coordinate a Change of Plea Hearing with Judge Zipps chambers, but for reasons as stated on the record has been unsuccessful. Defense counsel contacted Government counsel today to inform him of her competency concerns

The Government summarizes defendant's criminal history for the record stating that it is with those circumstances in mind that the Government is reluctant to let go of the case. Therefore, the Government would move for a determination of mental competency. Defendant states her competency concerns are language and cultural, not mental.

The Court will rule on a written motion re competency. The Court is not ruling on any oral motions. The Court clarifies for the record that the Waiver of Indictment and The Information remain lodged, not filed.
Defendant's oral motion to dismiss is denied with leave for defendant to file a written motion..

Government requests District Judge Zipps set a Status Hearing within the next week so that the issues of competency and dismissal can be ruled upon.
Counsel will have to file that request with District Judge Zipps chambers.

|  |  |
|---|---|
|  | **SH    25 min** |
| **Recorded By** Courtsmart | **Start:  9:35 am** |
| **Deputy Clerk** Beth Harper | **Stop:   10:00 am** |